UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL DWAYNE ASHWELL,

    Plaintiff,

v.

SEAN PAUL LOCKHART, *et al.*,

    Defendants.

Case No. C19-1788-RSM

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. The undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 5th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1